UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2269(JMR)

| | | |
|---|---|---|
| Faye S. Reinke and Glenn L. Rois<br><br>v.<br><br>United States Department of Internal Revenue Service et al. | )<br>)<br>)<br>)<br>)<br>) | ORDER |

This matter is before the Court on plaintiffs' "Verified Complaint." The plaintiffs were before this Court for sentencing on criminal matter no. 99-CR-215 on October 12, 2000. The Court considers this complaint a collateral attack against plaintiffs' conviction, and as such, is dismissed with prejudice.

Based on the files, records, and proceedings herein, and for the reasons set forth at the hearing, plaintiffs' complaint is dismissed with prejudice.

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 18, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED OCT 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________