# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Faye S. Reinke and Glenn L. Rois

Case No. Civil 00-2269 JMR/SRN

v.

**JUDGMENT IN A CIVIL CASE**

United States Department of Internal Revenue Service, et al.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

Plaintiffs' complaint is dismissed with prejudice.

DATE: October 20, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

3